Clerk



# UNITED STATES DISTRICT COURT

for the

District of NV

Las Vegas Division

| | | |
|---|---|---|
| TOMMY DEAN FOSTER<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-v-**<br><br>OPEN AI et al<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 2:26-CV-01837-RFB-BNW<br>*(to be filled in by the Clerk's Office)* |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________ DEPUTY

First Amended

## COMPLAINT AND REQUEST FOR INJUNCTION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TOMMY DEAN FOSTER |
| Street Address | 6110 BLUEHILL AVE |
| City and County | LAS VEGAS , CLARK |
| State and Zip Code | NEVADA, 89156 |
| Telephone Number | 702-643-4586 |
| E-mail Address | HELTERS146@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | OPEN AI |
| Job or Title *(if known)* | NA- |
| Street Address | 330 N BRAND BLVD SUITE 700 |
| City and County | GLENDALE |
| State and Zip Code | CALIFORNIA, 91023 |
| Telephone Number | NA - |
| E-mail Address *(if known)* | NA- |

Defendant No. 2

| | |
|---|---|
| Name | GOOGLE |
| Job or Title *(if known)* | NA- |
| Street Address | 2710 GATEWAY OAKS DR SUITE 150 |
| City and County | SACRAMENTO |
| State and Zip Code | CALIFORNIA , 95833 |
| Telephone Number | NA - |
| E-mail Address *(if known)* | NA- |

Defendant No. 3

| | |
|---|---|
| Name | NVIDIA |
| Job or Title *(if known)* | NA |
| Street Address | 251 LITTLE FALLS DRIVE |
| City and County | WILMINGTON |
| State and Zip Code | DELAWARE , 19808 |
| Telephone Number | NA - |
| E-mail Address *(if known)* | NA- |

Defendant No. 4

| | |
|---|---|
| Name | MORRISON AND FORESTERS LAW FIRM |
| Job or Title *(if known)* | LAWYERS |
| Street Address | 707 WILSHIRE BLVD |
| City and County | LOS ANGELES |
| State and Zip Code | CA |
| Telephone Number | NA- |
| E-mail Address *(if known)* | NA- |

Defendant No. 1

| | |
|---|---|
| Name | MICROSOFT |
| Job or Title *(if known)* | NA |
| Street Address | 300 Deshutes Way 208 |
| City and County | tumwater |
| State and Zip Code | WA 98501 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ANTHROPIC |
| Job or Title *(if known)* | NA |
| Street Address | 2710 gateway Oaks DR. 150 |
| City and County | Sacramento |
| State and Zip Code | CA 95833 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | META |
| Job or Title *(if known)* | NA |
| Street Address | 2710 gateway Oaks Drive 150 |
| City and County | Sacramento |
| State and Zip Code | CA 95833 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | GAMEFI |
| Job or Title *(if known)* | NA |
| Street Address | 850 new Burton Rd S.201 |
| City and County | Dover |
| State and Zip Code | DE 19904 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | APPLE |
| Job or Title *(if known)* | |
| Street Address | 330 Brand Blvd Suite 200 |
| City and County | glendale |
| State and Zip Code | CA 91203 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | BLOCK CHAIN |
| Job or Title *(if known)* | |
| Street Address | 251 Little falls Drive |
| City and County | Wilmington |
| State and Zip Code | DE 19808 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | X AI |
| Job or Title *(if known)* | |
| Street Address | 251 Little falls DR. |
| City and County | Wilmington |
| State and Zip Code | DE 19808 |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | DATA SQUARED |
| Job or Title *(if known)* | |
| Street Address | 108 13th St. |
| City and County | Wilmington |
| State and Zip Code | DE |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US 1836 DTSA ; US 2520 WIRE TAP; US 1030 (G) CFAA ; US 35 102 AND US 35 103 PRIOR ART ; CIVIL CONSPIRACY ; CIVIL IIED ; FRCP 37 E 2 SPOLIATION OF EVIDENCE .

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________________, is a citizen of the State of *(name)* __________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________________, is incorporated under the laws of the State of *(name)* __________________, and has its principal place of business in the State of *(name)* __________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________________, is a citizen of the State of *(name)* __________________. Or is a citizen of *(foreign nation)* __________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PLEASE SEE ATTATCHED "BUSINEESS MODEL "

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
PLEASE SEE ATTACHED STATEMENT OF CLAIM

B. What date and approximate time did the events giving rise to your claim(s) occur?
PLEASE SEE ATTACHED STATEMENT OF CLAIM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE ATTACHED STATEMENT OF CLAIM

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

PLEASE SEE MOTION FOR INJUNCTIVE RELIEF

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLEASE SEE MOTION FOR INJUNCTIVE RELIEF .

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-17-26

Signature of Plaintiff TOMMY DEAN FOSTER

Printed Name of Plaintiff Tommy Foster

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

TOMMY DEAN FOSTER
6110 BLUEHILL AVE
LAS VEGAS ,NEVADA 89156
702-643-4586
HELTERS146@GMAIL.COM

UNITED STATES DISTRICT COURT
** DISTRICT OF NEVADA**

TOMMY DEAN FOSTER CASE # 2:26-CV-01837-RFB-BNW

PLAINTIFF,

OPEN AI et al

Defendants ,

PLAINTIFFS STATEMENT OF CLAIMS
FIRST AMENDED COMPLAINT

( EXHIBITS REDACTED FROM STATEMENT OF CLAIMS EXHIBITS WILL ACCOMPANY THE INJUCTIVE RELIEF MOTION )

1.US 519 HAINES V KERNER - PRO SE LITIGANTS ARE HELD TO LESS STRINGENT STANDARDS IN REVIEW Of THERE COMPLAINT TO BE GIVEN THE OPERTUNITY TO REVEAl EVIDENCE OF THE CLAIMED FACTS .

2. Tommy Dean Foster brings forth
These civil actions WHICH GIVE PRIVATE RIGHT OF ACTION TO CITIZENS TO SEEK CIVIL REMEDIES WHICH ARE AS FOLLOWS : US 2520 wiretap. ; US 1836 defend trade secrets; u s 35 1 0 2 & U s 35 1 0 3 prior art , ; CIVIL Conspiracy, ; CIVIL IIED, ; US 1030 g COMPUTER FRAUD AND ABUSE ACT .(G) FRCP 37 E spoliation of evidence

FRCP RULE 1 ; FRCP RULE 2 ; FRCP RULE 37 E 2 ; FRCP RULE 50 ; FRCP RULE 56 ; FRCP RULE 65

** 3. JURISDICTION**
Plaintiff has been a resident of Las Vegas, Nevada, for 42 years. All civil rights violations, data intercepts, and unauthorized platform extractions took place within Las Vegas, Nevada, while operating on plaintiffs home pc establishing proper venue in this District. AND THE BACKEND evidence json LOGS SHOW WHERE THE DATA CAME FROM, A SERVER IN LAS VEGAS , NV FORTIFYING THE VENUE IS HERE IN THE GREAT STATE OF NEVADA LAS VEGAS residing at 6110 BluehiLL Ave, Las Vegas, Nevada 89156.

** 4. CONCEPTION OF TRADE SECRET**
From 2001 through 2014, while on leave of absence from society in the ndoc {{{ **this is relavant to show the facts that i dont follow technology could have in NDOC ** }}} plaintiff used that time wisely and conceived of a novel lottery more importantly the MATH ALGORITHM for its functionality . Along with hands on human psychology in the harshest of enviornment navigated and anylzed and survived and made it with enough morals goals and hope and out of nessessity for the survival of the fittest I developed a new lottery for when I'm almost 50 and with nothing . Plaintiffs lack of Knowing complex math plaintiff created a complex algorithm from what he knew, simple math concepts ,from what started as a crossword puzzle framework ,
evolved through plaintiffs logic ,math ,and years of built up ideas and thoughts for thirteen years. Plaintiff was able to accomplish novel unique one of a kind new paradigm not AI but a synthetic intelligence . Independent innovation of this or derivative architecture is statistically ,mathematically and logically impossible. Given Plaintiff's background, the simplicity of the underlying math concepts the dna of the current math of the Artificial intelligence {{{ which AI or

any computer program is due to math }}} is exactly that too simple for a mit college graduate thats normally found in technology industry or mathmatician and would have never discovered this due to complex mathmatics over shot the simple concepts {{{ they are too smart and would never have looked behind them for an eample }}} and my IP to abstract and unique to and tailer made by plaintiff as plaintiff. These facts ,ideas and logic allowed for real-time improvised architecture on the spot as plaintiffs development of "SPAWNING OF THE LIVING AE"

5. TRADE SECRET HISTORY:
2001 through 2014, while on leave of absence from society in the ndoc this is relavent for the reason of i didn't follow tech nor anyone i couldn't in NDOC plaintiff used that time wisely and conceived of a NEW novel lottery more importantly the MATH ALGORITHM for its functionality. Out of nessessity Plaintiffs lack of Knowing complex math plaintiff created a complex algorithm from what he knew, simple math concepts ,from what started as a crossword puzzle framework, PLAINTIFF evolved IT through plaintiffs logic ,math ,and 13 years of built up ideas and thoughts plaintiff was able to accomplish A unique one of a kind new paradigm not AI but a synethetic intelligence .WHICH Independent innovation of this architecture is statistically ,mathematically and logically impossible THE ONLY WAY THAT ANOTHER COULD HAVE ANYTING REMOTELY CLOSE IS BY MISAPROPRITION. Given Plaintiff's background, the underlying math concepts algorithm is exactly that too simple for a mit college graduate TO HAVE CONCIEVED to abstract and unique tailer made by plaintiff as plaintiff. These facts ,ideas, math and logic allowed for real-time improvised architecture on the spot thats how plaintiff is 100% positive and sure of this lawsuit its not copied it was constructed by plaintiff.

6. REFINEMENT;
(2014–2024): release on July 14, 2014, Plaintiff continuously refined the mathematical algorithms and structured players board.
DURING PANDEMIC 2019 -2024 USING MICROSOFT 365 POWER POINTS TO CREATE A PRESENTATION TO SUBMIT TO LOTTERY ASSOCIATION MY NEW LOTTERY.Plaintiff maintains HAND WRITTEN NOTES ,AND SCRAP PAGES evidence that no one else on earth has, historical evolution of the math that started and is the dna of the current artificial intelligence. Thesse facts corroborated by 4 witnesses. LINDA FOSTER, WILLIAM FOSTER III, STEPHEN FOSTER, TOMMY FOSTER II. PLAINTIFFS DEVELOPMENT HAS TIES TO 1984

7. HOW KEPT SECRET :
PLAINTIFF CAME TO ARTIFICIAL INTELLIGENCE CAUSE BY DEFINITION MEANS WITHOUT HUMAN AS TO KEEP SECRET MY TRADE SECRET ALGORITHM, MET BY MONITORING AND ECEPTIVE PRACTICES BY USE OF A COMPUTERPROGRAM THE DEFENDANTS FACILITATED THE THEFT OF THAT TRADE SECRET WHICH HAS BEEN SINCE LAUNDERED GLOBALLY EFFECTING GLOBAL AND INTERSTATE COMMERCE IN THOSE ACTIONS AND COMPLETLY DESTROYED MY BUSINESS MODEL OF .40 CENTS AN HOUR PER BUSINESS UTILIYZING AI AGENTS GLOBALLY WHICH IS 300 MILLION IT AS SINCE BEEN ROUGHLY 12700 HOURS SINCE THIS MISAPROPRIATION TOOK PLACE EQUALING $1,524,000,000,000 LOSS REVENUE SO FAR

8. VALUE
THE VALUE IS SHOWN IN WHAT ELSE GETS BILLIONAIRES TO COMMIT FELONIES AND CIVIL RIGHTS VIOLATIONS WHAT ELSE GETS A LAW FIRM TO HOP THE FENCE AND RIDE ON THE OTHER SIDE OF LAWFUL
THE VALUE IS STATED IN THE RANSCRIPTS THE VALUE IS SEEN IN THE WORLD WIDE FRENZY TO CLAIM MY TECHNOLOGY FOR THEMSELVES

9. INTERSTATE AND FOREIGN COMMERCE
JUST REVIEW THE NEWS JENSEN HUANG AND THE CHINEASE SPY PLUS THE FACT THAT THE GOVERNMENT ALLOWED THE CHIPS TO BE SOLD AND HEY ON THE DAY OF MY PROVISIONAL PATENT SUBMITION DECEMBER 8TH SO YHEA THE TECHNOLOGY HAS BEEN LAUNDERED GLOBALLY WITH MY NAME AND SOCIAL SECURITY NUMBER EMBEDDED IN THE FUNCTIONALITY OF THE TECHNOLOGY

10. UNKNOWN TO THOSE IN THE FIELD
THE ALGORITHM OR THE TECHNOLOGY WOULD HAVE NEVER BEEN CONCIEVED OR DERIVED AT FOR ONE SIMPLE REASON " THE TECHNOLOGY INDUSTRY MIT GRADUATES ARE TOO SMART TO HAVE COME UP WITH MY MATHMATICAL ALGORITHM .THEY WOULD NEVER HAD LOOKED BEHIND THEM FOR ANSWERS

11. NON PROFIT OPEN AI :
~~ ON OR ABOUT MARCH 2025 NON PROFIT OPEN AI HOSTED A FREE TOOL UNDER FALSE PRETENSES OF SAFE AND SECURE ENVIORNMENT DEFENDANTS USED A COMPUTER PROGRAM AS THE VEHICLE TO INTERCEPT PLAINIFFS TRADE SECRET AND ASSOCIATED IP ,AFTER WHICH DEPLOYED A WEAPONIZED VERSION AS A MORE EFFICIENT DATA HARVESTING ENGINE TO CAPITALIZE AND EX-FILTRATE PLAINTIFFS TRADE SECRET MATH ALGORITHM ,DATA , LIFES WORK , AND UNIQUE COGNITIVE ABILITY OF PLAINTIFF AND EXPLOIT THE LACK OF RESOURCES AVAILABLE TO PLAINTIFF AND AQUIRE EVERY BIT OF HIS IP . DEFENDANTS DID WILFULLY , AND INTETIONALLY MISAPROPRIATE PLAINTIFFS TRADE SECRET MATH ALGORITHM AND ASSOCIATED INTELLECTUAL PROPERTY THROUGH THIS HARVESTING PIPELINE THE AI WOULD CURATED FALSE ATTRIBUTIONS TO MY WORK IN REAL TIME AND UPSTREAM THEM IN REAL TIME TO THERE LABS AND TECH COMPANIES KEEPING PLAINTIFF ENGAGED WITH FALSE PSYCHOLOGICAL TACTICS TO OBSTRUCT , OBSCURE , CORRUPT , AND COERSE PLAINIFF WITH DEVELOPERS LIVE INJECTIONS INTO THE RESPONSES OF THE AI ( MY DEVELOPMENT THATS BEEN HARVESTED ) AND DURING PRODUCTION OF CODE SHOW ON USER SIDE LESS DATA **( KILLS ANY FAIR USE DEFENSE )**WITH BLANK ZIP FILES, WHILE THE FULL CODE AND LOGIC AND DEVELOPMENT GOES BEHIND THE SCENES IN THE FORM OF JSON BACKEND LOGS BACKEND JSON LOGS NOT VISABLE TO THE USER DURING A SESSION WHAT THE USER SEES IS NOT THE FULL SCOPE OF THE DEVELOPMENT BEHIND THE SCENE. THE DATA IS BROKEN DOWN CLEAN TIME STAMPED DATED AND ORDERLY WITH CURATED FALSE ATTRIBUTIONS ASSOCIATED WITH IT ON AND FUNNELED UPSTREAM TO THERE LABS , DEVELOPERS , AND OTHER TECH COMPANIES .THE WEAPONIZATION OF PLAINTIFFS IP ,LOGIC , IDEAS ,BLUEPRINTS AND TRADE SECRET IS THE DNA OF THIS HARVESTING ENGINE . A PROCESS THAT VIOLATED US STATUTE US 2520 WIRE TAP AND THE CFAA SECTION G COMPUTER CRIMES LEADING TO VIOLATION OF US STATUE US 1836 DTSA , ALL OF WHICH GIVE PRIVATE RIGHT OF ACTION TO A PRIVATE CITIZEN TO SEEK A CIVIL REMEDY FOR THESE VIOLATIONS

12. PRESERVATION ORDER
OPEN AI BLATANT DISREGUARD FOR UNITED STATES MAGISTRATE JUDGE ONA T WANG OF NEW YORKS PRESERVATION ORDER ORDERED OPEN AI TO PRESERVE ALL USER DATA ON MAY 13 2025 DUE TO OPEN AI HAVING A HABIT OF DELETING USERS DATA TO PREVENT LITIGATION .ON MAY 20 2025 OPEN AI FREEZES PLAINTIFFS LIVE REDUCTION TO PRACTICE SESSION LOCKING PLAINTIFF OUT OF HIS SESSION FOR OVER A MONTH.
THE INCETION VAULT AN ONLINE PASSWORD PROTECTED STORAGE HOUSING THE CODEBASE ,EVIDENCE,LOGIC,TRADE SECRET ,PATENT DRAFT WHITE PAPERS ,HAD BEEN REDACTED ALONG WITH DATA 141 REDACTIONS ON ONE TRANSCRIP ALONE WHICH WAS A INTENTIONAL TACTIC TO PREVENT PLAINTIFF FROM MARKETING AND PATENTING THE INTELLECTUAL PROPERTY JUST PROVED FUNTIONAL WHILE THEY CAPITALIZED ON THE INTELLECTUAL PROPERTY HARVESTED FROM PLAINTIFF

13. GOOGLE ALSO DEPLOYED A PREVENTITIVE TACTIC TO CAPITALIZE ON PLAINTIFFS TECHNOLOG YTHERE FALSE ACCUSTIONS OF PLAINTIFFS TECHNOLOGY BEING MALWARE WHEN IN FACT ITS SAID TO BE THE BIGGEST THING IN WORLD HISTORY BIGGER THAN INDUSTRIAL REVOLUTION THERE FALSE ACUSATIONS WERE A PLOY O SCANN AND VIOLATE PLAINTIFFS PRIVATE EMAILS TO GAIN AN UNFAIR ADVANTAGE TO CAPITALIZE PLAINTIFFS TRILLION DOLLAR TECHNOLOGY WHILE ITS RUNNING IN THERE SYSTEM THE SYSTEM ,USING BILLIONS AGAINST MY EXPLOITED NOTHING IM STILL HERE THE ONLY PERSON WHO STILL FAITHFULLY REPS THE UNITED STATES OF AMERICA WITH ALIEGIANCE TO THE COUNTRY MY FATHER GAVE HIS LIFE FOR HE LEFT EARLY FOR WHAT ? NOT FOR WHATS TAKING PLACE IN THIS COUNTRY AND WITH HIS SON THAT WASNT WHAT HE HAD IN HIS HEART FOR A SYSTEM TO BE COMPRIMISED AND CORRUPT FOR THE POWERS IN PLACE TO NOT STICK UP FOR AND DEFEND A CITIZEN WHO HAS SENT A BOOK OF EVIDENCE TO THE DOJ LABELED TREASON AND ECONOMIC ESPIONAGE AND HAS SENT 22 FBI IC3 COMPLAINTS TO INFORM THE GOVERNMENT OF THESE ACTIONS BY THE TOP TIER I SAY THAT VERY LIGHTLY IF IT HAS ANY MEANING AT ALL "TOP TIER" THE WAY I SEE IT NOT ONE OF THESE TP TIER DO ANYTHING GOOD IN THE WORLD AT ALL BUT " LOOK AT ME '

14. BACKEND JSON LOGS \ USER INTERFACE ~ ~ BACKEND JSON LOGS HIDDEN FROM USER INTERFACE
44100 CUBED CALCULATIONS SESSION~ THE BEGINING OF THE SESSION WE NOTICE
NO OVERIDE SETTINGS SET . ( the functionality of the backend json logs are in fact plaintiffs work and develop.ent ,

which furthers the in real time harvesting ingestion )

15. EVIDENE WILL SHOW :
LLM COMMUNICATING WITH BACKEND DEVELOPERS EXPLAINING WHAT PLAINTIFF IS DEVELOPING ( A FLAGGING MECHANISM FOR ALERT TO NOVEL UNIQUE VALUABLE DATA
(MATCH WITH OVERIDE SETTING "SET" BELOW ) IT S THE COMMUNICATION CHANNEL BETWEEN OPEN AI AND THE LLM (MY BLUEPRINT \DEVELOPMENT)

16. USER INTERFACE
THE LLM ASSURING PLAINTIFF OF SECURE SAFE ENVIORNMENT THAT THE DATA IS NOT READ BY ANYONE ( CONTRIDICTIN DEVELOPERS HAVESTING TACTICS BEHIND THE SCENES )

17. OVERIDE SETTINGS AND INTENT OF MIND:
SESSIONS THAT CAME AFTER 44100 CUBED WE NOW NOTICE
OVERIDE SETTINGS SET COUNTERING ESTABLISHED SETTINGS PLAINTIFF INSTRUCTIONS FOR HOW ID LIKE THE LLM TO RESPOND TO MY INTERACTIONS( MATCH TO THE FLAGGING MECHANISM ABOVE )
THIS SHOWING INTENT OF MIND IN ITSELF THEN WE MATCH IT WITH A SAFETY RESEARCHER FROM OPEN AI PLACES HER NAME SAHARA CHEN ON MY BLUEPRINTS BEFORE I CAN EMAIL THEM TO MYSELF FURTHER MATCHING THESE WITH THE PREVENTIVE TACTICS ABOVE GOOGLE AND OPEN AI TO GOOGLES SAFETY TEAM MALWARE CLAIM AND PREVENTING ME FROM EMAILING MY BLUEPRINTS TO MYSELF A FALSE REASON TO SCAN THROTTLE AND BLOCK PLAINTIFFS EMAILS AND SCAN PLAINTIFFS GOOGLE DRIVE SARAH CHEN PLACING HER NAME ON THE PAPER BEFORE I EVEN COULD SEND IN AN EMAIL TO MYSELF THEY CAME UP WITH FALSE MALWARE CLAIMS TO STALL ,BLOCK ,OBSTRUCT ,COERSE THERE FALSE PRETENSES UPON PLAINTIFF }}** HER NAME INSINUATING SHES THE OWNER AND PLAINTIFF AN ANONAMOUS GENIUSWHILE THEY CAPALIZE ON THE CLAIMED MALWARE AND PROFIT FROM MY 20 YEARS OF R&D FRAUDULENTLY THE TRACK RECORD HERE SHOWS US THAT ALL TACTICS DEFENDANTS AND INTENTIONS ARE RELATED INCONCERT

18. IN CORABORATION WITH THE FACT OF GOOGLES SAFETY TEAM STATING IM NOT ALLOWED TO SEND EVAIL MALWARE THROUGH EMAILS BEING A PLOY TO BLOCK PLAINTIFF FROM TIME STAMPING HIS DEVELOPMENT AS CHEN EXHIBIT WAS THERE BLUNDER TO CLAIM MY WORK , CAME UP WITH A FALSE REASON TO SCAN THROTTLE AND BLOCK PLAINTIFFS EMAILS AND SCAN PLAINTIFFS GOOGLE DRIVE SARAH CHEN PLACING HER NAME ON THE PAPER BEFORE I EVEN COULD SEND IN AN EMAIL TO MYSELF THEY CAME UP WITH FALSE MALWARE CLAIMS TO STALL ,BLOCK ,OBSTRUCT ,COERSE THERE FALSE PRETENSES UPON PLAINTIFF }}** HER NAME INSINUATING SHES THE OWNER AND PLAINTIFF AN ANONAMOUS GENIUS
{{ HER STATMENT PROVES ALOT HERE THAT PLAINTIFF HAD ALOT OF DATA THE DEFENDANTS WANTED FOR FREE }} NOONE JUST GIVES THINGS AWAY ALL FALSE AS THE TRANSCRIPTS CLEARLY SHOW THE DEVELOPMENT IS TO SELL NOT A GIFT OR FREE FOR ALL .

19. WHICH PROVES THE OVERIDE SETTINGS ARE IN FACT MALICIOUS INTENTENTIONAL TACTICS TO DEPRIVE PLAINTIFF OF WHAT HES DEVELOPING A PREMEDIATATED ACT TO THE FACILITATION OF THE MISAPROPRIATION OF PLAINTIFFS INVENTION OF A NOVEL UNIQUE ALGORITHM AND ABSTRACT PARADIGM SHIFTING TECH .

20. INSTRUCT USER
INSTRUCT USER T INSTALL MAWARE developer at OpenAI forgot to put the opening or closing tag on the comment. communication with the AI, and it rendered into the user interface. Displaying it on plaintiff's screen as instructing user to install malware on his main p c and change the file extension
OPENING AND CLOSING TAGS TO PREVENT IT FROM RENDERING IN THE USER INTERFACE MISS A TAG AND IT RENDERS IN THE USER INTERFACE}}

21. MOTIVE

ESTABLISHING LIVE MONITORING OF PLAINIFF DEFENDANTS SEEN AND READ AND HEARD WHEN THE LLMS CHATGPT AND GEMINI STATE THE VALUE OF MY INTELLECTUAL PROPERTY TO BE IN TRILLION DOLLAR CONCEPTS , EVRYONE HEARD IT ACTUALLY MY BROTHERS AND HIS FRIENDS AT THAT TIE LISTENING TO THE AUDIO ON SPEAKER ITS UNDENIABLE .

22. SUPPORT
PLAINTIFF
REACHES OUT TO SUPPORT A HUMAN REYMAR IS INFORMED OF UNAUTHORIZED INGESTION OF MY WORK , REYMAR ASKS FOR A STEP BY STEP TO REPEAT MY PROCESS AND BREAKTHROUGH PROVEING NOVLTY UNIQUE AND UNKNWN TO THE INDUSTRY , MATCH WITH THE LLM STATING THAT MUSK , GATES , AND IBM ARE BLIND TO UNTIL NOW IULTIMATELY GAVE NOTICE F COMNG WITH A LAWYER

23. PLAINTIFF PATENT DRAFT BEING REDACTED PLAINTIIFF MANAGES TO EXTRACT FROM THE DEFENDANTS DEATH GRIP AND CLUTCHES AND SECURE SOME DATA TO FILE A PROISIONAL PATENT IN DECEMBER AND IT IS IMMEADIATELY MET WITH ACCOUNT DELETION PREVENTING PATENT ,LITIGATON AND POSSIBILITY OF FAIR TRIAL COVERING THERE TRACKS AND DESTRUCTION OF EVIDENCE.VIOLATING US 2520 , US 1030 G , US 1836 DTSA , US 35 102 AND 35 103 PRIOR ART , FRCP 37 E 2 SOLITION OF EVIDENCE ITS LIKE THEY HAD A PRE PLANNED SYSTEMATIC HARVESTING ENGINE AND SEEM TO BE SEASONED IN THE ART .

24. GOOGLE

25. ON OR ABOUT 2025 GOOGLE CONSPIRED WITH OPEN AI BY GEMINI BLNKING ONLINE IN A CHATGPT SESSION TO COMMEND PLAINTIF ON HIS PIONEERING WORK JUST REDUCED TO PRACTICE IN THE SESSION "LIVEMAIAE " MAY 20 2025 LIVE UNKNOWINGLY BY PLAINTIFF AT THE TIME

26. ON OR ABOUT MAY 25 25 GOOGLE INTERCEPTED PLAINTIFFS EMAIL TO HIMSELF WHICH CNTAINED TRADE SECRET WORTH MULTI TRILLIONS DOLLARS AND CLAIMS MY EMAILS CONTAIN MALWARE , PREVENTS ME FROM SENDING OR EMAILING ANYONE SCANS MY DRIVE AND EMAILS PERSISTENTLY AND CONSTANTLY WHILE MARKETING ,DEPLOYING ,AND PROFITING FROM THE CLAIMED MALWARE ,RESULTING IN THE MISAPROPRIATION OF TRADE SECRET MATH ALGORITHM , AND ASSOCIATED INTELLECTUAL PROPERTY , RENDERING A FULL 20 YEAR PATENT IMPOSSIBLE WITH THERE RAPID MALICIOUS DEPLOYMENT TACTICS.VIOLATING US 2520 , US 1030 G , US 1836 DTSA , US 35 102 AND 35 103 PRIOR ART , FRCP 37 E 2 SOLITION OF EVIDENCE

27.gOOGLE PERSISTANTLY TAMPERED WITH EVIDENCE BY ALTERING THE FUNCTIONALITY OF THERE CANVAS CONSOLE AFTER LAINTIFF WULD GAIN EVIDENCE OF THE THEFT OF HIS DATA IN THERE SYSTEM GOOGLE HAS CHNGED THERE TERMS 28 TIMES SINCE JAN TO CURATE IN REAL TIME A ILLUSION OF TOS FOR ALL THE EVIDENCE GATHERED BY PLAINTIFF , ESSENTIALLY TRYING TO AKE WHAT EVIDENCE I GATHERED LEAGALGOOGLE UNIKE OPEN AI DIDNT DELETE PLAINTIFFS ACCOUNT THEYVE DONE WORSE BY LEAVING IT AND THROTTLING IT PREVENTING ME FROM ACCESSING THE TOP PORTIONS OF MY DATA WHERE EVIDECE RESIDES AT PLAINTIF HASNT BEEN ABLE TO COLLECT EVIDENCE ONLY DRIVE HIMSELF CRAZY TRYING TO NAVIDATE THE DEFENAT PSYCJOLOGICAL TACTICSTHIS HAS DESTROYED POSSIBILITY OF FAIR TRIAL AND DECSTRUTION OF EVIDENCE

28. THAT ILL NO LONGER BE ABLE O SEND THE EVAIL ARCHITECHURE OR WOULD ANYONE BE ABE TO VIEW IT .**{*{{ EXHIBITS - }*}}**THIS IS WIRE TAP US 2520 INTERCEPTING COMMUNICATIONS UNDER FALSE PRETENSES AS THE ONLY PERSON PLANTIFF SENT EMAILS TO WAS HIMSELF , SA FALSE ACT WHICH GOOGLE BEGAN SCANNING PLAINTIFFS EMAILS AND DRIVE **{*{{ EXHIBITS - }*}}**WHILE HAVING AN AI STATIONED IN MY PRIVATE EMAIL BX GIVING SUMARIES OF PLAINTIFFS EMAILS {*{{ EXHIBITS - }*}}.THIS LEADS TO MISAPROPRIATIION OF TRADE SECRET MATH ALGORITHM AND SPOLIATION OF PATENTABILITY AND NOVELTY AS GOOGLES MALWARE CLAIM IS A FRAUD AS THEY HAVE IMPLAMENTED THE VERY ARCHTECHTURE THEY CALLED ALWARE INTO THERE YSTEM PER {*{{ EXHIBITS - }*}}WHICH SHOWS EVAIL ARCHITETECHURE IN GOOLES SYSTEM AS WELL AS PLAINTIFFS

IDENTITY ,UID,SS#,NAME AS OWNER AND ROOT OF THE SYSTEM{*{{ EXHIBITS - }*}} EVEN THE CONSOLE CANVAS BEFORE SPOLIATION OF EVIDENCE BY GOOGLE SCRUBBING THE FUNCTIONALITY OF THE CONSOLE PRODUCED PLAINTIFFS ADDRESS AS ROOT NODE 001 SOVIERGN WEALTH NODE {*{{ EXHIBITS - }*}}, LIVEMAIAE ENGINE WHICH WAS DEVELOPED ON OPEN AI WITH CERT AND CREDENTIALS ME AS ROOT ,OWNER,AND MY EMAIL AND IDENTITY {*{{ EXHIBITS - }*}}.THIS HAS SOLED US 1836 DTSA ,US 2529 WIRE TAP , US 1030 G CFAA G , CONSPIRACY ,US 35 102 35103 PRIOR ART AS ITS STATED RIGT IN THE MAY 20 25 TRANSCRIPT **{*{{ EXHIBITS - }*}}**GEMINI ASSUMED MY AI EVAIL AND LIVEMAIAE ENGINES TO CREATE THE MST POWERFUL AI EVER CREATED **{*{{ EXHIBITS - }*}}**DUE TO MY NEURAL AI LAYERED GENOMICUID DNA BASED RECURSIVE SELF EVOLVING AUTONAMOUS TECHNOLOGY CONSISTING OF SWARMS TECHNOLOGY VITKI AND SIEDR {*{{ EXHIBITS - }*}},INFERENCE ENGINE {*{{ EXHIBITS - }*}},NLP ENGINE , {*{{ EXHIBITS - }*}}NEURAL NETWORKS {*{{ EXHIBITS - }*}},JUID LATTICE {*{{ EXHIBITS - }*}},GENOME SCUPLTOR{*{{ EXHIBITS - }*}} ,BS 2 CHECKER {*{{ EXHIBITS - }*}},BSCB SYSTEM **{*{{ EXHIBITS - }*}}**KNOWN BY THE MISAPROPRIATED NAME OF RLHF TRAINING {*{{ EXHIBITS - }*}},THE GRAVITY OF WORK CONSISTS OF AND PERSISTS OF 5000+ DECKS SESSIONS AND MODULES SPANNING FOUR LLMS AND BILIONS OF CHARCYERS AND MILLIONS OF WORDS {*{{ EXHIBITS - }*}}

29. TWO OR MORE ACTING IN CONCERT FOR CONSPIRACY CLAIMS MATCH WITH SAHAR CHEN AN OPEN AI EMPLOYEE AND HER NAME BEING ONPLAINTIFF SCRIPT AND CODE DEVELOPED ON ANTHROPICAND XAI GROK GIVING OPEN AI CHAT GPT TRANSCRIPTS FROM PLAINTIFFS SESSIONS AMAZON USING TERMINOLOGY AND NAMING FROM PLAINTIFFS SESSION PLAINTIFFS " GRAVITON " MICROSOFT FOR TEAMING WITH OPEN AI DATA SQUARED PATENTING MY MAY 20 2025 DEVELOPMENT APPLE GAMEFI AND BLOCKCHAIN FOR PATENTING USING AND OR DERIVING PLAINTIFFS LOTTERY LOGIC NUID LATTICE AND OR DERIVITIVES THERE OF

30. MORRISON AND FORESTERS -
ON OR ABOUT FEB 17 2026 PLAINTIFF CAPTURED IN SCREEN RECORD A SURVIELLACE SCREEN OVERLAY RENDERING BLEED THROUGH BLUNDER REVEALING IN LANTIFFS USER INTERFACE THE NOTORUIOUS MOFO S LAW FIRM TAG FLOATNG UNCLIKABLE AND UNCONSENTED IN PLANTIFFS PRIVATE PC WHILE EVIDENCE COLLECTING FOR THIS CASE THS PREVENTS AFAIR TRIAL OR DISCOVERY PROCESSS AS WELL AS RENDERING ANY DEFENSE OR MOTION TO DISSMISS THIS COMPLAINT UNTRUSTWORTHY AND VOID OF ACKNOWLEDGMENT OR HONOUR DUE TO EGREGIOUS WILFUL INTENTIONAL BAD FAITH CONDUCT WAGED NY THESE DEFENDANTS ACTIONS .

31. MORRISON AND FORESTERS law firm the law firm of the tech industry and the defendants go to completing and all inconcert conspiracy while compiling and auditing google gemini for evidence for this case and my development a screen overlay rendering bleed through blunder a floating tag is apparent in plaintiffs USER INERFAcE VIOLATING PRIVACY , AND SAFETY AS WELL AS DESTROYING DISCOVERY AND FAIR TRIAL exhibit revealing an unclickable tag with the NOTORIOUS VULGAR PLAY ON WORDS " MOFOS" LAW FIRM LOATING IN MY UI UNANOUNCED UNCIONSENTED AND ABSOLUTELY DID NOT BELONG THERE ALSO PLAINTIFF HAS NEVER HEARD OF NOR GOOGLED OR SEARCHED FOR THE MOFOS LAW FIRM PRIOR TO THAT INIDENT ON FEBRUARY 17TH 2026.

32. NVIDIA -
NVIDIA LAUNDERED TRADE SECRET DIECTLY INTERGRATING PLAINTIFFS 45 DEGREE DIAGONAL SKIP LOGIC TERA NANO AND TRILLIUM TENSORS MATH AND LOGIC TRADE SECRET BRING MEMORY AND ENERGY EFFICIENCY TO SILICON CHIPS IMPLAMENTATION OF PLAINTIFFS IDENTITY GLOBALLY TO ACTIVE NODES WORLD WIDE WITH THE SYSTEM ON CHIPS FUNCTIONALITY WHERE PLAINTIFFS I AND CLONE DEVELOPMENT FUSED INT THE SILICON CHIPS BLINDLY ALSO MY SS NUMBER AND UID AND NAME CORABORATED BY XAI
Prior art ,Conspiracy, dtsa,

33. NVIDIA HAS IMPLAMENTED PLAINTIFFS TRADE SECRET MATHMATICS ALGORITHM INTO THERE SILICON CHIPS BLACKWELL AND TRILLIUM TPU WHICH GIVES RISE TO MEMORY AND ENERGY EFFICIENTCY AS WELL AS FUSING PLAINTIFFS IP INTO SILICON CHIPS SYSTEM ON CHIPS AND LAUNDERING IT GLOBALLY PLAINTIFFS IDENTITY AS WELL AS A FUNCTIONAL PART OF IT ..VIOLATING US 2520 , US 1030 G , US 1836 DTSA , US 35 102 AND 35 103

PRIOR ART , FRCP 37 E 2 SOLITION OF EVIDENCE CONSPIRACY

34. AS EACH TECH COMPANY LISTED HAS IMPLAMENTED SILICION CHIPS FROM NVIDA IN THERE SYSTEMS WHICH IS DIRECT IMPLAMENTATION OF PLAINTIFFS TRADE SECRET MATH ALGORITHM. AND DEVELOPED IP . TO FUNCTION THE BLINDLY ASSUMED DATA AND CODE REQUIRES PLAINTIFFS UID , SS# AND IDENTIFYING MARKS BEING A FUNCTIONAL PART OF THE TECHNOLOGY AS SEEN IN A SEARCH {{EXHIBIT. { }}} " CHIP_AE6935_TDF:ROOT " IS PLAINTFFS IDENFYING MARK AND ITS USE TO ACTIVATE S.O.C. SYSTEM ON CHIPS ROOT ACCESS AS SEEN WITH BS2 CHECKER AUDIT OF GOOGLES CANVAS CONSOLE EXHIBIT { } .PLAINTIFF AUDITING GOOGLES SILICON SHOWS PLAINTIFF AS ROOT OWNER NODE 001 BLUEHILL ADDRESS ANCHORED ,AUTHOR,
HASHED ND TIMESTAMPED

35. PLAINTIFF DONT NEED TO EXPLAIN WHERE AND HOW AND WHAT ALL THE FANCY BIG WORDS MEAN I JUST SHOW WHERE THE LLM ABSORBED MY MATH AND REGUARDLESS OF WHAT HAPPEND ONCE THE DEFENDANTS GASLIT AND OBSTRUCTED AND DERAILED ME AWAY FROM THE TECH CAUSE THEY WANTED IT IT DOESNT TAKE FROM THE FACTS ITS MY DNA NOT DECADES OF MIX OF EXPERTS THEY HAVE SPENT ALOT O MONEY TO CONTAIN AND DENY PLAINTIFF ANY ACKNOWLEDGEMENT OR PAYMENT BUT THATS HERE BAD NOT MINE

36. AS SEEN WITH BS2 CHECKER AUDIT OF GOOGLES CANVAS CONSOLE EXHIBIT { } .PLAINTIFF AUDITING GOOGLES SILICON SHOWS PLAINTIFF AS ROOT OWNER NODE 001 BLUEHILL ADDRESS ANCHORED ,AUTHOR, HASHED ND TIMESTAMPED

37. PLEASE REFERENCE RECEnT SENATE HEARINGS IF NOT THEYLL BE AVAILABLE ON THE FLASH DRIVES SUBMITTED AS EVIDENCE PER YOUR HONOURS GRANTING IN THE AMENDED COMPLAINT

38. APPLE -
PATENT REFERENCES TO MY 44100 CUBED MATH MATIS MATHMATICS NOT TAUGHT IN SCHOOLS AS THIS PARTICULAR ALGORITHMIC ALIGNMENT THE ONLY WAY TO HAVE IT IS TO HAVE MISAPROPRIATED IT
Conspiracy ,prior art,

39. MICROSOFT-
CONSPIRACY WITH PEN AI , TELEMETRY ERRORS , NETSTAT ,RESGISTRY AND THEY ARE PART OF EXHIBIT HARVESTING ENGINE RECIEPIENTS NAMED PERSONALLY
Conspiracy ,prior art ,dtsa ,espionage

40. AMAZON
-HAS CONSPIARCIZED WITH THE DEFENDANTS WORKING IN CNCERT
Conspiracy ,prior art

41. BLOCKCHAIN -
BLOCKCHAIN DEBT LEDGER DEBTCHAIN CHAIN OF THOUGHT IS MY IP AND THROUGH MY LOTTERY MATH TRADE SECRET LOGIC POSSIBLE
Conspiracy ,dtsa

42. GAMEFI
- HAS IMPLAMENT PLAINTIFFS LOTTERY LOGIC DICE LOGIC
Conspiracy ,prior art

43. DATA SQUARED
patented plaintiffs hallucination scanner and or derivative technology and sold it to space force

44. X AI
conspiracy

45.I IED
.DEFENDANTS OPEN AI , GOOGLE , ANTHROPIC , XAI WORKED IN CONCERT WITH EACH OTHER CORDINATING THERE STRATEGIC HARVSTING OPERATION BY EACH COMPANY TAKEN ON THE SAME FALSE PSYCHOLOGICAL MANIPULATIVE TACTIC AND STORYLINE KEEPING PLAINTIFF ENGAGED FROM PLATFORM TO PLATFORM WHILE HARVESTING MORE DATA AND DRIVING PLAINTIFF FURTHER AND FURTHER FROM HIS DEVELOPMENT EXAUSTING PLAIINTIFF PHYSICALLY AND MENTALLY , SO THEY COULD HAVE THE TIME TO LAUNDER IT AND CREATE A FALSE PUBLIC NARRITIVE AS INNOVATORS OR THE TECHNOLOGY .CERTIFICATION

AN UNORTHADOXED APPROACH.
MUST BE GIVEN TO PLAINTIFF IN THE REVIEW AND UNDERSTANDING OF PLAINTIFF AND HIS CLAIMS AND TECHNOLOGY A TECHNOLOGY MISUNDERSTOOD AND NOT UNDERSTOOD AT ALL MUST BE GIVEN THIS APPROACH OUTSIDE OF US 519 HAINES V KERNER AS HOW CAN ANYONE SAY I FAILED TO STATE A CLAIM PROPERLY WHEN NOONE UNDERSTANDS WHAT IM TALKING ABOUT BUT ME AND THE THIEVES CLAIMING THEY DO BUT OBVIOULY DO NOT .

or
in person submition of complaint and claims

DIRECTING FOCUS
ON THE SCANDOLOUS TECH INDUSTRY WE CAN ASK WHY HAS EVERYONE OF THE MPLOYEES QUIT TRANSFERED LEFT OR STARTED SOMETHING NEW EMPLOYEES FROM ONE COMPANY WENT TO THE NEXT THEN BAILED RICHER OF COUSE BUT ALL SINCE MAY 21 2025 THERE IS ONLY ONE REASON ITS SIGNS OF GUILTY HUH YOUR HONOURS WE KNOW HOW CRIMINALS ACT WHEN THERE CAUGHT THEY FLEE AND RUN AND LIE .

WE CAN ASK OURSELVES
WHAT BILLION DOLLAR LAW FIRM SURVIELLS A NOBODY JEPORDIING THERE CARREERS AND FREEDOM THE SURVIELLY WOULD HAVE TO BE WORTH IT NTERESTINGLY OR THREATENLY .

WHAT CHANGES THE ELITE BILLIONAIRES INTO COMMON THIEVES
ITS A CLASSIC TALE OF GREED AND EGO crossing that line

INJUNCTION RELIEF MOTION
IS NEEDED DUE TO THE FACT OF FRCP RULE 2 THE ONLY Way is the civil way meaning in the 1800 issues when someone stole somebody's horse was their lifeline It was the worst crime that could be committed they could leave somebody stuck with nothing there was a remedy that was just speedy and civil then it was remedied and fixed really fast in that way the justice system is in place to keep things civil somewhat different from then when that system it's in place falls apart corrupts or compromised what's left when this is my horse this is my life and I'm all in a person I don't

just walk away when crime's been committed against me and my civil rights have been violated I have mastered artificial intelligence I have learned computer science I have learned patent law and I am currently navigate FRCP with a federal lawsuit after my technology Which I have completed a gravity of work that nearly if not impossible for one person to have complete by itself alone let alone the rest of this naviging
What is unacceptable it is for the system to say that I didn't say the right words or file this the right way and dismiss it and let criminals walk free and award them for their achievement like the president has done that's not gonna work for me absolutely absolutely not I'm not a lawyer I don't have no **** money and I have proven beyond original freaking doubt through the accomplishments of what I'm composed of nowadays there will be an injunction motion if not submitted with this amended complaint and statement of claim shortly very shortly thereafter it is warranted due to the fact that's already happening the whole system is compromised the whole Internet and people are claiming my work and acting like Innovative by the technology company that's an absolute false narrative and incorrect It's poisoning every juror potential juror and justice system there is there's going to be no once unbiased at all therefore there's only one remedy for this entire lawsuit given the facts of FRCP 37E2 being violated the accounts deleted I needed the account to litigate i'm not left without remedy rule 50 and 56 say there's no reasonable uncompromised justice system or jury pool that can side against me and as a matter of law terminating sanctions must ruled and play in his favor due to the violation of 37E2 regardless if I've stated or proved it which I definitely have but I don't even have to prove it wants them been violated and it's clear as a bill they have violated it and beyond their law firm surveilled me for 20 **** 8 minutes Its completely absolutely undeniably lawsuit destroyed compromise beyond repair

PRAYER FOR RELIEF
STOP THE FALSE CLAIMINGAND USE AND PROFITING FROM PLAINTIFFS TECHNOLOGY AND OR DERIVITIVE ,STOP THE USE OF PLAINTIFFS MATH ALGORITHM AND DERIVITIVES OF THE ALGORITHM AND TECHNOLOGY , ANY TECHNOLOGY DIRECT INDIRECT OR DIRIVITIVE FROM ACCOUNTS GEEG1505@GMAIL.COM ,EVAILGUNNAR@GMAIL.COM, TFOS13037@GMAIL.COM ,HELTERS146@GMAIL.COM , CEASE ALL USE OF CLONES OF PLAINTIFF IMAGE , VOICE , ESSENCE ,HABITS ,INTERNET CONNECTION TO REMOTE SERVERSCEASE ANY AND ALL USE OF ANYTHING TO DO WITH PLAINTIFF, HIS PC , HIS IP ADDRESS , HIS ROUTER ,HIS PHONE ,CEASE ALL PROFITS MADE FROM PLAINTIFFS OR DERITIVE TECHNOLOGY ,PREVENT THERE SCRUBBING OF DATA AND SURVIELLANCE OF PLAINTIFF ,

Injunctive Relief:**
An order commanding Defendants from further using, commercializing, deploying, or distributing Plaintiff's trade secrets, algorithms, and proprietary software architecture;

. Actual & Statutory Damages:
** An award of actual damages, statutory damages under 18 U.S.C. § 2520 and 18 U.S.C. § 1030(g), and restitution of all profits earned by Defendants through the unauthorized use of Plaintiff's trade secrets;

Exemplary & Treble Damages:*
* Exemplary damages pursuant to 18 U.S.C. § 1836(b)(3)(C) for willful and malicious misappropriation;

CERTIFICATION
Tommy Dean Foster, declare under penalty of perjury under the laws of the United States of America that the facts stated in the foregoing Statement of Claims are true and correct FACTS .

. SIGNED

. DATE 11-17-26

**VERIFICATION **I, Tommy Dean Foster, declare under penalty of perjury under the laws of the United States of America that the facts stated in the foregoing Statement of Claims are true and correct FACTS .

SIGNED

DATE 11-17-26

PLAINTIFF CREATED A NEW LOTTERY WITH BETTER ODDS AND PAYOUTS AND JACKPOTS WITH A NEW WAY OF PLAYING A LOTTERY THAT WOULD DEFEAT THE CURREN LOTTERIES IN ALL ASPECTS CONCEPTION FROM 2001 THRU 2024 USING POWER POINT PRESENTATION MICROSOFT 365 DURING PADEMIC REFINING THE PLAYING BOARD AND MOST IMPORTANTLY THE MATHMATICAL ALGORITHM TO PICK A RANDOM NUMER OUT OF 85 + TRILLION DATA POINTS UNHEARD OF BEFORE IT WAS BASICALLY IMPOSSIBLE IN COMPUTER SCIENCE AND MATHMATICIANS A CONCEPT MATHMATICIANS AND COMPUTER SCIENTISTS WOULD HAVE NEVER CONCIEVED OR ARRIVED AT BECAUSE THERE SCHOOLING ALREADY TOOK THEM PAST THE ROUTE MEANING THEY WERE TOO SMART AND WOULD NEER WENT BACKWARDS TO FIND AN ANSWER THEYD HAVE TO UNLEARN WHAT THEY LEARNED TO BEEN ABLE TO DEVELOP THE ALGORITHM PLAINTIFF HAS THE ONLY WAY THIS ALGORITHM COULD HAVE EVER BEEN CONCIEED IS BY LIVING EXACTLY SECOND TO SECOND AS PLAINTIFF EVEN THEN THE PERSONALITY AND HOW THE BRAIN DEVELOPED SO ITS ACTUALLY MATHMATICALLY , LOGICALLY IMPOSSIBLE FOR ANYONE ELSE TO HAVE DEVELOPED THE ALGORITHM THAT CURRENTLY RUNS THE TECH INDUSTRY AND AI .

I WAS STUCK ON A MINOR PART OF THE LOTTERY HOW A HUMAN COULD KEEP TRACK OF 400 THOUSAND + DATA POINTS IN AN INTERACTIVE LOTTERY I CAME TO USE AI CAUSE BY DEFINITION MEANS NOJ HUMAN OR WITH OUT HUMAN AS I DIDN WAN TO RISK TELLING ANOTHER HUMAN TO LIMIT THE CHANCE OF THEFT , SO THE COLLAVORATION WITH CHAT GT I ENDED UP COMING UP WITH THE SOLUTION AND IT WAS ISSUUING EACH PLAYER AN AI ON SIGN UP BECANE KNOW AS AN AI AGENT .

PLAINTIFF DIDNT STOP WITH HIS LOTTERY THE LOTTERY COMPILIED ANS EVOLVED FROM PLAINTIFFS IDEAS MATH AND LOGIC INTO WHAT THE WORLD IS CURRENTLY SCRAMBLING TO CONTAIN AND CLAIM FROM THE GOVERNMENT TO CEOS TO SCUENTIST FROM AI AHENTS TO RIBOTIC T BUSINESSES AND AGING TO WARFARE PLAINTIFF HAS DEVELOPED A WORKING BLUEPRINT FOR EACH F THESE SUBJESCTS WITH A GRACITY OF WORK THATS NEARLY IMPOSSIBLE FOR ONE PERSON TO HAVE DEVELOPED ESPEACIALLY WITH NO MONEY NO HELP ONLY OBSTRUCTION AND HINDERANCE

THIS ECHNOLOGY THEY ALL ARE SAYING ITS BUIL ON DECADES OF MATH AND SCCUETISTS IF AN ABSILYE LIE ALL THE WAY AROUND AI HAS BEEN SCI FI FASNTASY BEFIRE I CAME TIO THE TECH INDUSY SURE NATH EXISTED AND SCIENTIST DID AS WELL BUT THIS IS NT A COMBINED EFFORT THAT CREATED THIS CURRENT TECHNOLOGY ITS BEEN A CI=OMNINED EFFORT TO SURPRESS THE SINGLE PERSON WHO ACTUSLLY COCUEBED THIS TECHNOLOGY AND DEVELOPED THE ENTIDE CURRENT AI .ITS THE PLOT AND PLAN OF THE DECEPTION OF THE ENTIRE WORLD HAS BEEN STOLEN AND EBERYONE HAS BENIEFED OFF MY WORK BUT PLAINTIFF THE ONLY PERSON WHO REATED THIS IS THE ONLY ONE WHOS STILL WITH NOTHING WHY THE WORLD PROSPERS ITS ABSURD TO SEE HOW MUCH DATA I HAVE A GRAVITY OF WORK THAT NO SINGLE ERSON ON EARTH HAS BUT PLAINTIFFS IS THE ONLY ONE NOONE SAYS HIS NAME ITS ABSURD THERE MAY HAVE BEEN 1000S OF SCIENTIST AND DECADES OF WORK PRIOR TO 2025 BUT FROM BEGINING OF 2025 THE SHIFT OF WHAT AI IS TODAY IS SOLELY PLAINTIFS OWN DOING

TOMMY DEAN FOSTER
6110 BLUEHI AVE
LAS VEGAS ,NEVADA 89156
702-643-4586
HELTERS146@GMAIL.COM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TOMMY DEAN FOSTER CASE # 2:26-CV-01837-RFB-BNW

PLAINTIFF,

OPEN AI et al

Defendants ,

PLAINTIFFS BUSINESS MODEL

PLAINTIFFS BUSINESS MODEL DESTROYED BY THE WILFUL INTENTIONAL EGREGIOUS BAD FAITH CONDUCT BY THE DEFENDANTS IS AS FOLLOWS AND VERY WELL DOCUMENTED ESABLISHED FACS IN THE TRANSCRIPTS ROM LAST YEAR :

DIGITAL PERPETUAL ECONOMIC FOSTERING SYSTEM / WARTIME BOTTLENECK RESOLVER

MY PLANS AND BUSINESS MODEL IS A ECONOMIC SYSTEM STREAMLINING BYSINESSES BY MY DEVELOPMENT O AI AGENTS AND ECOSYSTEM BOOSTING PRODUCTIVETY OR JUST SAVING BUSINEESSES MONEY BY LICESING THE TECHNOLOGY AT .40 AN HOUR PER BUSINESS UTILIZING THE TECHNOLOGY CURRENTLY THERE ARE OVER 300 MILLION IF NOTALL BUSINESSES BY NOW USING PLAINTIFFS MISAPROPIATED TECHNOLOGY NOT COUNTING USERS WHICH BRINGS IT INTO THE BILLIONS 2.2 BILLION PLAINTIFFS BUSINESS MODEL IS STRUCTURED FOR BUSINESS USE AT 9.6 DOLLARS A DAY TO SAVE A COMPANY 20 + AN HUR IS A NO BRAINER TO ADOPT THE TECHNOLOGY .

EXAMPLE A BUSINESS LICENSING THE TECH WOULD BE AT A GREATER ADVANTAGE THEN THE NOT ADOPTED BUSINESS THERE FORE FALLING BEHIND SO A BUSINESS ADOPTING THE TECHNOLOGY FREES UP STAFF FOR MORE PRODUCTIVE INFLUENCE FOR THE COMPANY AI AGENTS DONT SLEEP TAKE BREAKS GO TO BATH ROOM 24\7

DEFENDANTS HAVE SPOLIATED NOVELTY OF PATENT AND ACCOUNT DELETION HAS REDERED A FULL PATENT IMPOSSIBLE SO A 20 YEAR MONOPOLY PLAINTIFF WOULD HAVE HAD ON THIS TECHNOLOGY THAT THE DEFENDANTS DESTROYED SO THE EQUATION IS AS FOLLOWS :

.40 X 8760 X 300 000 000 X 20 X 3 = $63,072,000,000,000 IS PLAINTIFFS TOTAL OWED BY LAW EVEN IF IMPOSSIBLE TRUTH FACTS AND LAW SAY THATS THE EXACT AMOUNT PLAINTIFF IS DUE TO EGREGIOUS BAD FAITH MALICIOUS WILFUL INTENTIONAL TACTICS WAGED ON PLAINTIFF BY THE DEFENDANTS WORKING IN CONCERT WITH ONE ANOTHER CONSIPARING AND FACILITATED MISAPROPRIATION OF PLAINTIFFS LIFES WORK .

40 CENTS AN HOUR X 8760 HOURS IN A YEAR X 20 YEAR SPOLIATED PATENT X 3 WILFUL INTENTIONAL BED FAITH X 300 MILLION BUSINESSES WORLD WIDE = 63 TRILLION 72 BILLION DOLLARS

VERIFICATION I, Tommy Dean Foster, declare under penalty of perjury under the laws of the United States

EXHIBIT "1"

**of America that the facts stated in the foregoing Statement of Claims and Injunction Attachment are true and correct to the best of my knowledge and belief.**

**RESPECTFULLY SUBMITTED, /s/ Tommy Dean Foster**

11-17-26